**Electronically Filed
Supreme Court
SCWC-18-0000071
02-SEP-2020
10:19 AM**

SCWC-18-0000071

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE
FOR PRETIUM MORTGAGE ACQUISITION TRUST,
Respondent/Plaintiff-Appellee,

vs.

TERRENCE RYAN and LUCILLE RYAN,
Petitioners/Defendants-Appellants,

and

FIRST LIGHT ENTERPRISES LLC; BLUE WATER ALLIANCE, LLC,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000071; CAAP-18-0000312; CAAP-18-0000388;
CIV. NO. 5CC121000306)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Tonaki, assigned by reason of vacancy)

Petitioners/Defendants-Appellants Terrence Ryan and

Lucille Ryan's application for writ of certiorari filed on July

6, 2020, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, September 2, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ John M. Tonaki